UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on February 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

   DULCIDIO V. FERNANDES

Case No.:  18-33703JKS

Hearing Date:  2/14/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: February 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 18-33703JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 02/14/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 2/28/2019 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.