Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18−33703−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dulcidio V. Fernandes
   aka Dulcidio Varinho Fernandes
   160 Tappan St
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−1302

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/9/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: mg

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 18-33703-JKS
Dulcidio V. Fernandes                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db             +Dulcidio V. Fernandes,    160 Tappan St,    Kearny, NJ 07032-3317
517900990      +Central Credit Services, LLC,    9550 Regency Square Blvd,    Suite 500A,
                 Jacksonville, FL 32225-8169
517976204      +Garden Savings Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517900988      +Grdn Sv Fcu,   129 Littleton Rd,    Parsippany, NJ 07054-1869
517900989      +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517900995       New York Community Bank,    c/o Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517907130      +THE BANK OF NEW YORK MELLON,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
517977540      +The Bank of New York Mellon,    PO Box 619096,    Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517987823      +EDI: CINGMIDLAND.COM Mar 12 2019 03:58:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517926744       EDI: RESURGENT.COM Mar 12 2019 03:58:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517926647       EDI: RESURGENT.COM Mar 12 2019 03:58:00      CACH, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517900991      +EDI: CONVERGENT.COM Mar 12 2019 03:58:00      Convergent Outsourcing, Inc.,   Attn: Bankruptcy,
                 Po Box 9004,   Renton, WA 98057-9004
517900992      +EDI: CCS.COM Mar 12 2019 03:58:00      Credit Collection Services,   Attn: Bankruptcy,
                 725 Canton St,   Norwood, MA 02062-2679
517900993      +EDI: AMINFOFP.COM Mar 12 2019 03:58:00      First Premier Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
517926429       EDI: RESURGENT.COM Mar 12 2019 03:58:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517900994      +EDI: RESURGENT.COM Mar 12 2019 03:58:00      LVNV Funding/Resurgent Capital,   Attn: Bankruptcy,
                 Po Box 10497,   Greenville, SC 29603-0497
517958659      +EDI: RESURGENT.COM Mar 12 2019 03:58:00      PYOD LLC C/O Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
518008541      +EDI: RESURGENT.COM Mar 12 2019 03:58:00      PYOD, LLC,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
517933544      +EDI: JEFFERSONCAP.COM Mar 12 2019 03:58:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517900996       EDI: RESURGENT.COM Mar 12 2019 03:58:00      Pyod, LLC,   625 Pilot Rd, Ste 5,
                 Las Vegas, NV 89119-4485
517900997      +E-mail/Text: Supportservices@receivablesperformance.com Mar 12 2019 00:26:07
                 Receivables Performance Mgmt,    20816 44th Ave West,   Lynnwood, WA 98036-7744
517900998      +EDI: RESURGENT.COM Mar 12 2019 03:58:00      Resurgent Capital Services,   Po Box 10587,
                 Greenville, SC 29603-0587
517900999      +EDI: SWCR.COM Mar 12 2019 03:58:00      Southwest Credit Systems,   4120 International Parkway,
                 Suite 1100,   Carrollton, TX 75007-1958
                                                                                                TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Bank of New York Mellon,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Harvey I. Marcus    on behalf of Debtor Dulcidio V. Fernandes him@lawmarcus.com
              Laura M. Egerman    on behalf of Creditor    The Bank of New York Mellon bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee, et al.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```